

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00335-CR

David Gene **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4917
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 11, 2014.

_____
Luz Elena D. Chapa, Justice